# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALAN M. BARTLETT,

                Petitioner,

v.

PAUL PENZONE,

                Respondent.

Case No. 18-CV-1854-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #5) be and the same is hereby **ADOPTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner's petition for a writ pursuant to 28 U.S.C. § 1651 (Docket #1) be and the same is hereby **DENIED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

January 25, 2019      *s/ Jodi L. Malek*
Date                          By: Deputy Clerk